UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES O. AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09mc0188 |
| | ) | Judge Trauger |
| DR. MILLER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

The plaintiff, a prisoner in the Northwest Correctional Complex in Tiptonville, brings this *pro se* action under 42 U.S.C. § 1983. The plaintiff has not paid the three hundred fifty dollar ($350.00) civil filing fee. Neither has he submitted an application to proceed *in forma pauperis* in lieu thereof.

The Clerk is **DIRECTED** to send the plaintiff a blank application to proceed *in forma pauperis*, and a copy of Administrative Order No. 93. The plaintiff, in turn, is directed to submit to the Clerk of Court within thirty (30) days of the date of entry of this order either the full $350.00 civil filing fee, or a properly completed application to proceed *in forma pauperis*, and a copy of his inmate trust fund account statement for the 6-month period immediately preceding the date of entry of this order. 28 U.S.C. § 1915(a)(2).

The plaintiff is forewarned that if he does not comply with the court's directions, the court is required under the law to presume that he is not a pauper, assess the full amount of the filing fee, and dismiss the action for want of prosecution. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). If the plaintiff's case is dismissed under these circumstances, it will not be reinstated to the court's active docket despite subsequent payment of the filing fee, or correction of any

documentary deficiency. *Id.*

An extension of time to pay the filing fee, or to submit the documentation required to proceed *in forma pauperis*, may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order. *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Rule 24, Fed. R. App. P.

It is so **ORDERED**.

                                                                       Aleta A. Trauger
                                                                       United States District Judge